JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRECIOUS A. J., <br>   Plaintiff, <br>  v. <br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br>   Defendant. | NO. EDCV 21-00242-KS <br><br> JUDGMENT |

  Pursuant to the Court's Memorandum Opinion and Order, IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed and the above-captioned action is dismissed with prejudice.

DATE: August 1, 2022

              _/s/ Karen L. Stevenson_
              KAREN L. STEVENSON
            UNITED STATES MAGISTRATE JUDGE